# IN THE SUPREME COURT OF THE STATE OF NEVADA

DANIELLE TYRA,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK,
Respondent,
and
JASON PAUL VANBUREN,
Real Party in Interest.

No. 77144

FILED

DEC 11 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This pro se petition requests a writ of certiorari or habeas corpus. It appears that petitioner wants this court to review the court of appeals' resolution of motions she filed and its disposition of her appeal in a child custody matter. A writ of certiorari is not an available remedy for two reasons: (1) petitioner has not alleged that the court of appeals exceeded its jurisdiction, and (2) she has another remedy at law to seek this court's review of a decision by the court of appeals—a petition for review as provided in NRAP 40B.[1] NRS 34.020(2) (describing when writ of certiorari may issue). And a writ of habeas corpus is not an available remedy because

---

[1]In fact, petitioner availed herself of the remedy provided in NRAP 40B—she filed a petition for review of the court of appeals' decision in Docket No. 72987, which this court denied.

18-908114

petitioner does not appear to be seeking relief from being unlawfully committed, detained, confined, or restrained of her liberty. NRS 34.360 (describing who may prosecute writ of habeas corpus). For these reasons, we

ORDER the petition DENIED.

_____, J.
Pickering

_____ J.
Gibbons

_____, J.
Hardesty

cc: Danielle Tyra
Michael A. Root
Eighth District Court Clerk